1  PETER J. MINTZER, ISBN 7840
   pmintzer@selmanlaw.com
2  SELMAN BREITMAN LLP
   600 University Street, Suite 1800
3  Seattle, WA 98101-4129
   Telephone: 206.447.6461
4  Facsimile: 206.588.4185

5  ELDON S. EDSON (TO APPEAR PRO HAC VICE)
   eedson@selmanlaw.com
6  LAURA R. RAMOS (TO APPEAR PRO HAC VICE)
   lramos@selmanlaw.com
7  SELMAN BREITMAN LLP
   11766 Wilshire Blvd., Sixth Floor
8  Los Angeles, CA 90025-6546
   Telephone: 310.445.0800
9  Facsimile: 310.473.2525

10 Attorneys for Plaintiffs, NAUTILUS INSURANCE COMPANY

11           IN THE UNITED STATES DISTRICT COURT
12                    DISTRICT OF IDAHO
13                    NORTHERN DIVISION

14

| NAUTILUS INSURANCE COMPANY, | Case No. |
|---|---|
| Plaintiff, | |
| v. | COMPLAINT FOR: |
| COUNTRY CLUB, LLC; B.K.L.N., a minor child, by and through her Guardian; DOUGLAS S. MARFICE, as Personal Representative of the Estate of Jeffrey Marfice (Deceased); DOUGLAS S. MARFICE, individually, and JEANNE M. MARFICE, individually, and DOES 1-10, inclusive | 1. DECLARATORY RELIEF (DUTY TO DEFEND)<br>2. DECLARATORY RELIEF (DUTY TO INDEMNIFY) |
| Defendants. | |

       COMES NOW Plaintiff, NAUTILUS INSURANCE COMPANY ("Nautilus"), by their

undersigned counsel, and state as follows:

///

---

COMPLAINT
Case No.:  -1

SELMAN BREITMAN LLP
600 University Street, Suite 1800
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

43191.1  3891.44827

## PARTIES

1. Plaintiff, Nautilus Insurance Company ("Nautilus"), currently is, and was at all times relevant herein, a corporation duly organized under the laws of the State of Arizona with its principal place of business in Scottsdale, Arizona.

2. Country Club, LLC is a limited liability company organized under the laws of the state of Idaho with its principal place of business in Coeur d'Alene, Kootenai County, Idaho.

3. B.K.L.N., is a minor child, who resides in the State of Idaho.

4. DOUGLAS S. MARFICE, is Personal Representative of the Estate of Jeffrey Marfice (Deceased) which is an Estate under the laws of the state of Idaho.

5. DOUGLAS S. MARFICE, is an individual who resides in the state of Idaho.

6. JEANNE M. MARFICE, is an individual who resides in the state of Idaho.

7. DOES 1-10, are sued herein by such fictitious names because plaintiff is unaware of the true names and capacities of said DOE defendants.  Plaintiff will amend this Complaint to reflect the true names when the same are ascertained.  Plaintiff is informed and believes, and based thereon alleges, that said DOE defendants are responsible for the acts, events and circumstances alleged herein, or are interested parties to this action.

## JURISDICTION AND VENUE

8. This Court has jurisdiction over the subject matter of this action pursuant to 28 USC section 2201 as an actual controversy exists within the Court's jurisdiction that merits relief. This Court has jurisdiction pursuant to 28 USC section 1332(a) as the parties' citizenship is diverse and the amount in controversy exceeds $75,000, exclusive of interest and costs.

9. Complete diversity exists between Plaintiff and Defendants as, at all times relevant herein, Plaintiff, was and is, a citizen of the state of Arizona and Defendants and each of them were and are residents of the state of Idaho.

10. This Court has personal jurisdiction over Defendants, and each of them, as Defendants are residents of this judicial district.

COMPLAINT
Case No.: - 2

SELMAN BREITMAN LLP
600 University Street, Suite 1800
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

43191.1  3891.44827

11. Venue is proper in this judicial district pursuant to 28 USC section 1391(a)(2) as the actions giving rise to the claims herein and to the "Underlying Action" (infra) were performed in the this judicial district.

12. By this suit, Plaintiff Nautilus, seeks a declaration from the court that it owes no duty to defend or indemnify Country Club, LLC in the Underlying Action which is discussed further below.

## FACTUAL BACKGROUND

13. Nautilus issued a commercial general liability policy to Country Club LLC dba the Rocker Room ("Country Club") identified as policy No. NN735519 for the period 10/02/2016 - 10/02/2017 ('the policy.")  A true and correct copy of the policy is filed herewith as Exhibit A.

14. Country Club operates a bar which sells alcohol in Coeur d'Alene, Idaho.

15. Country Club was named a defendant in the "Underlying Action" entitled B.K.L.N., a minor child, by and through her Parent and Natural Guardian, Lauren Richards; DOUGLAS S. MARFICE, as Personal Representative of the Estate of Jeffrey Marfice (Deceased); DOUGLAS S. MARFICE, individually; and JEANNE M. MARFICE, individually v. TYLER M. FINLAY, an unmarried man; THE COUNTRY CLUB, LLC, an Idaho limited liability corporation, d/b/a "THE ROCKER ROOM," and JOHN and JANE DOES 1-5; and CORPORATE DOES 6-10, Idaho District Ct. for Kootenai County, Case No. CV28-18-6108.  A true and correct copy of the complaint in the Underlying Action is filed herewith as Exhibit B.

16. The Underlying Action alleges that on June 17-18, 2017, Tyler Finley was served alcohol at the County Club bar operated as the Rocker Room.

17. The Underlying Action alleges that when Mr. Finley arrived at the bar, he was already visibly and obviously intoxicated.

18. The Underlying Action alleges that the County Club should not have served alcohol to Mr. Finlay as he was already obviously intoxicated.

COMPLAINT
Case No.: - 3

SELMAN BREITMAN LLP
600 University Street, Suite 1800
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

43191.1  3891.44827

19. The Underlying Action alleges that sometime after leaving the bar, and in the early morning of June 18, 2017, Mr. Finley was on a public sidewalk interacting with a group of people.

20. The Underlying Action alleges that Mr. Finley struck one of the people standing on the sidewalk, Jeffrey Marfice.  The Underlying Action alleges that Mr. Finley's actions caused Mr. Marfice to fall unconscious to the ground and strike his head on the concrete.

21. Mr. Marfice died in the hospital which the Underlying Action alleged was from the injuries sustained in his altercation with Mr. Finley.

22. The Underlying Action was brought by the deceased, Jeffrey Marfice's, heirs and his Estate.

23. Nautilus' named insured, Country Club, was named a defendant in the Underlying Action and tendered the defense to Nautilus.

24. Nautilus has agreed to defend its named insured in the Underlying Action under a reservation of rights.

25. The Nautilus policy contains an exclusion which states that the policy does not apply to injury for which Country Club is held liable by reason of contributing to the intoxication of any person or furnishing alcoholic beverages to a person under the influence of alcohol.

26. Nautilus contends that the Underlying Action falls under the exclusion to the policy and is not covered.

27. The Nautilus policy's exclusion states:

"Exclusion – Total Liquor Liability" (S009 (02/95))

    c.    Liquor Liability

"Bodily injury" or "property damage" for which any insured or his indemnitee may be held liable by reason of:

Causing or contributing to the intoxication of any person;

The furnishing of alcoholic beverages to a person under the

COMPLAINT  
Case No.: - 4  

SELMAN BREITMAN LLP  
600 University Street, Suite 1800  
Seattle, WA 98101-4129  
T: 206.447.6461  F: 206.588.4185  

43191.1  3891.44827

legal drinking age or under the influence of alcohol; or

Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

28. By this suit, Nautilus seeks a declaration from the court that the Nautilus policy does not provide defense or indemnity to the named insured, Country Club, for the Underlying Action based on the terms of the Nautilus policy.

## FIRST CASUE OF ACTION

## DECLARATORY RELIEF – NO DUTY TO DEFEND

### (Against All Defendants)

29. Plaintiff realleges all previous paragraphs and incorporates each herein as though fully stated.

30. Nautilus asserts that it owes no duty to defend Country Club in the Underlying Action based on upon the terms, conditions, and endorsements in the Nautilus policy.

31. Nautilus is informed and believes the Defendants herein dispute the assertion that Nautilus owes no duty to defend County Club in the Underlying Action.

32. An actual controversy exists between Plaintiff and Defendants regarding whether Nautilus owes a duty to defend Country Club in the Underlying Action.

33. Accordingly, Plaintiff requests a declaration from this court that it owes no duty to defend Country Club in the Underlying Action.

## SECOND CAUSE OF ACTION

## (DECLARATORY RELIEF-DUTY TO INDEMNIFY)

### (Against All Defendants)

34. Plaintiff realleges all previous paragraphs and incorporates each herein as though fully stated.

35. Nautilus asserts that it does not owe a duty to indemnify Country Club in the Underlying Action based on the terms and conditions of the Nautilus policy.

COMPLAINT  
Case No.: - 5

SELMAN BREITMAN LLP  
600 University Street, Suite 1800  
Seattle, WA 98101-4129  
T: 206.447.6461  F: 206.588.4185

43191.1  3891.44827

36. Nautilus is informed and believes that Defendants dispute the assertion that Nautilus does not owe a duty to indemnify Country Club in the Underlying Action.

37. An actual controversy exists between Plaintiff and Defendants regarding whether Nautilus owes a duty to indemnify the County Club in the Underlying Action.

38. Accordingly, Plaintiff requests a declaration from this court that it does not owe a duty to indemnify Country Club in the Underlying Action.

## PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF prays for relief as follows:

A. As to the First Cause of Action, Plaintiff requests a declaration from the court that it owes no duty to defend Country Club in the Underlying Action.

B. As to the Second Cause of Action, Plaintiff requests a declaration from the court that it owes no duty to indemnify County Club in the Underlying Action.

C. For costs of suit

D. For any other relief that the court may grant.

DATED: January 10, 2019

By: /s/ Peter J. Mintzer
Peter J. Mintzer, ISBA #7840
pmintzer@selmanlaw.com
Eldon S. Edson (TO APPEAR PHV)
eedson@selmanlaw.com
Laura R. Ramos (TO APPEAR PHV)
lramos@selmanlaw.com
SELMAN BREITMAN LLP
600 University Street, Suite 1800
Seattle, WA 98101-4129
Telephone: 206.447.6461
Facsimile: 206.588.4185
Attorneys for Plaintiff NAUTILUS INSURANCE COMPANY

COMPLAINT
Case No.: - 6

SELMAN BREITMAN LLP
600 University Street, Suite 1800
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

43191.1  3891.44827