UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>COUNTRY CLUB, LLC; B.K.L.N., a minor child, by and through her Guardian; DOUGLAS S. MARFICE, as Personal Representative of the Estate of Jeffrey Marfice (Deceased); DOUGLAS S. MARFICE, individually, and JEANNE M. MARFICE, individually, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 2:19-cv-00011-SM<br><br>JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) |

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties to this action, by and through their counsel of record, hereby agree and stipulate to the dismissal of the above-captioned action, with prejudice, with each party bearing their respective attorneys' fees and costs.

AGREED AND STIPULATED TO this 4th day of March, 2020.

SELMAN BREITMAN LLP

By ___/s/ Peter J. Mintzer_____
    Peter J. Mintzer, ISB# 7840
    pmintzer@selmanlaw.com
    600 University Street, Suite 1800
    Seattle, WA 98101-4129
    Telephone: 206.447.6461
    Facsimile: 206.588.4185
    Attorneys for Plaintiff, NAUTILUS INSURANCE COMPANY


HAMAN LAW OFFICE

By: /s/ Michael L. Haman (via email permission March 4, 2020)
    Michael L. Haman, ISB# 4784
    mlhaman.law@gmail.com
    923 N. 3rd St.
    P.O. Box 2155
    Coeur d'Alene, ID 83816-2155
    Telephone: 208.667.6287
    Facsimile: 208.676.1683
    Attorney for Defendant, COUNTRY CLUB LLC


RAMSDEN, MARFICE, EALY & HARRIS, LLP

By: /s/ Theron J. De Smet (via email permission March 24, 2020)
    Theron J. De Smet, ISB# 8184
    tdesmet@rmehlaw.com
    700 Northwest Blvd.
    P.O. Box 1336
    Coeur d'Alene, ID 83816-1336
    Telephone: 208.664.5818
    Facsimile: 208.664.5884
    Attorneys for Defendants, B.K.L.N.,
    DOUGLAS S. MARFICE and JEANNE M. MARFICE

## [PROPOSED] ORDER

The Parties, by and through their counsel of record, moved the Court for an order dismissing the action with prejudice, with each party bearing their respective attorneys' fees and costs.

Based upon the foregoing Stipulation of the Parties, this action is dismissed with prejudice, with each party to bear their own fees and costs.  IT IS SO ORDERED this_____ day of _____, 2020.

_____

HON. SALVADOR MENDOZA JR.

UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record registered on the CM/ECF system.

DATED:  March 4, 2020

                                                    */s/ Emily English*
                                                  Emily English