UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO, NORTHERN DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTRY CLUB LLC, B.K.L.N., a minor child, by and through her Guardian, Douglas S. Marfice, DOUGLAS S. MARFICE, individually and as Personal Representative of the Estate of Jeffrey Marfice (Deceased), JEANNE M. MARFICE, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | No.   2:19-cv-00011-SM<br><br>**ORDER DISMISSING CASE** |

On March 4, 2020, the parties filed a joint stipulation and proposed order of dismissal, ECF No. 37. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED**:

**1.** The parties' Joint Stipulation and [Proposed] Order for Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), **ECF No. 37**, is **GRANTED**.

//

**2.** All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

**3.** All pending motions are **DENIED AS MOOT**.

**4.** All hearings and other deadlines are **STRICKEN**.

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 9th day of March 2020.

_____
SALVADOR MENDOZA, JR.[1]
United States District Judge

---

[1] The Honorable Salvador Mendoza, Jr., United States District Judge for the Eastern District of Washington, sitting by designation pursuant to 28 U.S.C. §§ 292(b), 295.